IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES CHARLES HARRIS,**

    Petitioner,

vs.                                    Case No. 4:06cv378-MP/WCS

**JAMES McDONOUGH,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

This cause is before the court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and motion to proceed in forma pauperis. Docs. 1 and 2. Leave to so proceed is granted by separate order.

Petitioner claims that at sentencing on March 12, 1995, the trial court awarded 216 days of credit for time served prior to the imposition of sentence. Doc. 1, p. 3. Petitioner asserts this was error because he had been arrested over a year earlier, and was entitled to approximately 369 days instead. *Id.*, p. 3.

The petition form is marked "original" on the upper right corner of the first page, and two service copies were provided. It was provided to institution officials for mailing

on August 13, 2006, and file stamped by the clerk on August 15, 2006. Doc. 1, p. 1. It is identical to the petition filed in 4:06cv402-SPM/WCS, attached to doc. 11 in that case. The petition form there was also provided to prison officials for mailing on August 13, 2006. Doc. 11, attachment, p. 1. That petition form was preceded by a four page handwritten petition which is virtually identical to doc. 1 in that file. It was received by the clerk of this court on September 19, 2006. Doc. 11 in that file, p. 1.

That case was filed upon transfer from the Middle District of Florida. Clearly Petitioner filed the same petitions in both districts, and the other petition was transferred here. A report and recommendation is being entered in the other case finding that the § 2241 petition is essentially a second or successive 28 U.S.C. § 2254 petition, and authorization for filing the petition has not been granted by the Eleventh Circuit.

For the same reasons set forth in the report and recommendation in 4:06cv402-SPM/WCS, it is respectfully **RECOMMENDED** that the § 2241 petition be **SUMMARILY DISMISSED** as an attempt to file an unauthorized second or successive § 2254 petition.

**IN CHAMBERS** at Tallahassee, Florida, on November 13, 2006.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**