IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES CHARLES HARRIS,

    Petitioner,

v.                                                     CASE NO. 4:06-cv-00378-MP-WCS

JAMES MCDONOUGH,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this petition be denied as a second or successive petition. The Magistrate Judge points out in the Report and Recommendation that petitioner appears to have filed two identical petitions in this Court, the other in 4:06cv402-SPM. The petitioner admits as much in his objections at doc. 8, and requests the Court to dismiss the other petition and to proceed on this one. However, Judge Mickle has already dismissed the other one because it was a successive petition. That is, petitioner had already filed a § 2254 petition and had it denied before he filed either of the petitions now pending. Because the petition in 4:06cv402 is identical to the one in this case, and has been denied, the instant petition is dismissed.

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *2nd* day of May, 2007

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge